**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Angelo Clark v. Carla Clark

Appellate case number:     01-13-00577-CV

Trial court case number:    2012-69700

Trial court:                   257th District Court of Harris County

      On July 11, 2014, appellant, Angelo Clark, filed a second Motion for Default Judgment. The motion is **DENIED**. The time for appellee's brief to be filed has passed. Notice of the late brief has been sent to the last known address for appellee (*see* Tex. R. App. P. 38.6(b)), and the case has been set at issue and is eligible to be set for submission at any time.

      It is so ORDERED.

Judge's signature:   _/s/ Rebeca Huddle_
                        ☑ Acting individually     ☐ Acting for the Court

Date: <u>July 24, 2014</u>